## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DARRELL BAILEY,                                                                                    PLAINTIFF
ADC #800039

v.                                    Case No. 5:11CV00031 JLH-BD

RAY HOBBS, *et al.*                                                                              DEFENDANTS

### ORDER

Plaintiff Darrell Bailey filed this action pro se under 42 U.S.C. § 1983, alleging that the Defendants violated his due process rights. He named John Doe, Classification Administrator, as a defendant. Mr. Bailey was ordered to identify and serve the John Doe defendant on or before June 8, 2011.

On March 3, 2011, Mr. Bailey filed a document purporting to identify the Doe Defendant, but the individual's name was illegible. Therefore, Mr. Bailey was ordered to file another amended complaint that legibly identified the John Doe Defendant.

Mr. Bailey now has filed a motion to dismiss the John Doe Defendant because he cannot identify this Defendant and no longer wants to proceed against this person. For good cause, Mr. Bailey's motion (#19) is GRANTED, and his claims against the John Doe Defendant are DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE