# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DARRELL BAILEY,                                                                                            PLAINTIFF
ADC #800039

v.                                      No. 5:11CV00031 JLH-BD

RAY HOBBS, *et al.*                                                                                     DEFENDANTS

### ORDER

The ADC Defendants have filed a motion for an extension of time to file objections to the magistrate judge's report and recommendations. Without objection, the motion is GRANTED. Document #52. The time within which the ADC Defendants must file objections is extended up to and including June 1, 2012.

IT IS SO ORDERED this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE