## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DARRELL BAILEY,                                                                               PLAINTIFF
ADC #800039

v.                                   No. 5:11CV00031 JLH-BD

RAY HOBBS, *et al.*                                                                        DEFENDANTS

### ORDER

United States Magistrate Judge Beth Deere issued a Partial Recommended Disposition on May 8, 2012. The ADC defendants filed objections and briefed the bases for their objections on June 1, 2012. If Darrell Bailey wishes to file a brief in response to those objections, he may do so within fourteen (14) days from the entry of this Order. Any reply will be due within seven (7) days after the response is filed.

IT IS SO ORDERED this 26th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE