# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DARRELL BAILEY, ADC #800039                                                            PLAINTIFF

v.                      NO. 5:11CV00031 JLH/BD

RAY HOBBS, *et al.*                                                                  DEFENDANTS

## ORDER

Presently before the Court is the joint motion to continue the September 15, 2014, trial setting and waiver of jury trial. The motion is GRANTED. Document #84. The jury trial of this matter previously set for September 15, 2014, in Little Rock, Arkansas, is removed from the Court's docket. A new bench trial date will be set by separate order.

IT IS SO ORDERED this 19th day of August, 2014.

                                                                              */s/ J. Leon Holmes*
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE