**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DARRELL BAILEY,                                                                                            PLAINTIFF
ADC #800039

v.                                                 No. 5:11CV00031 JLH

RAY HOBBS, Director, Arkansas Department
of Correction; LARRY D. MAY, Chief
Deputy Director, ADC;
JAMES BANKS, Warden, Varner Unit, ADC;
JAMES GIBSON, Assistant Warden, Varner Unit,
ADC; CURTIS MEINZER, Assistant Warden,
Varner Unit, ADC; REVONNA WALKER,
Classification Officer, Varner Unit, ADC                                              DEFENDANTS

**ORDER**

Pending before the Court is the application of Marie-Bernarde Miller of Williams & Anderson, PLC, for reimbursement of out-of-pocket expenses. Document #91. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of One Thousand Seven Hundred Seventy-Four and 21/100 Dollars ($1,774.21) and distribute it to Williams & Anderson, PLC. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 15th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE